26300. BURKE *v.* THE STATE.

BROYLES, C. J. 1. The defendant was convicted in Jenkins County of the offense of possessing whisky. On the trial the court admitted in evidence, over the objection of the defense, a search warrant commanding the sheriff of Jenkins County to search the residence and place of business of the defendant, "located at 1635th district, Jenkins [County], Georgia," for whisky. The objection made to the admission of the evidence when it was offered was that the search warrant did not sufficiently describe the premises to be searched. Under the facts of the case the

court did not err in admitting the evidence. The case of *Smoot* v. *State,* 160 *Ga.* 744 (128 S. E. 909, 41 A. L. R. 1533), cited by counsel for the plaintiff in error, is distinguished by its facts from this case.

2. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

Decided June 11, 1937.

*C. E. Anderson,* for plaintiff in error.
*G. C. Dekle Jr., solicitor,* contra.